entered December 30, 1927, affirming a judgment in favor of defendant entered upon a verdict directed by the court. The action was to recover upon a policy insuring plaintiffs against loss by perils of transportation, including theft, of " men's clothing." Certain piece goods which had been cut, together with the necessary trimmings such as linings, canvas, buttons, etc., were sent from New York to Philadelphia, there to be assembled and the process of manufacture into men's clothing completed. They were lost or stolen. The Appellate Division held that the goods lost were not men's clothing within the meaning of the policy.

*Maurice J. O'Callaghan, Albert S. McGrover* and *Elias H. Avrane* for appellants.

*Martin A. Schenck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ. Not sitting: LEHMAN, J.

---

ALEXANDER LECAKES, an Infant, by NICHOLAS LECAKES, His Guardian ad Litem, Respondent, *v.* STEVENSON REFRIGERATING & STORAGE CO., INC., Appellant.

NICHOLAS LECAKES, Respondent, *v.* STEVENSON REFRIGERATING & STORAGE CO., INC., Appellant.

*Negligence — elevators — open door in elevator shaft — action for injuries arising from fall through door to bottom of shaft.*

*Lecakes* v. *Stevenson R. & S. Co., Inc.* (2 cases), 222 App. Div. 668, affirmed.

(Argued May 9, 1928; decided May 29, 1928.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 25, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The first action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second

to recover for loss of services and expense occasioned the father of the injured child by his injuries. The infant plaintiff, a boy seventeen years of age, walked or fell through an open elevator door in the defendant's building and falling to the bottom of the shaft received the injuries complained of.

*John T. Loughran* and *Robert H. Charlton* for appellant. *G. Everett Hunt, William G. Walsh* and *Grattan B. Shults* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ. Not sitting: LEHMAN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DANIEL J. GRAHAM, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

*People* v. *Graham*, N. Y. Gen. Sess., Nov. 28, 1927, affirmed.

(Argued May 9, 1928; decided May 29, 1928.)

APPEAL from a judgment of the Court of General Sessions of the county of New York, rendered November 28, 1927, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Leonard A. Snitkin, Thomas C. McDonald* and *Leo H. Klugherz* for appellant.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ. Not sitting: LEHMAN, J.